UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>*Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>*Defendant*. | NO. 1: 04CV12240 (GAO) |

### NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Barry A. Guryan and Heather C. Krauss of Epstein Becker & Green, P.C. hereby enter their appearances as counsel for Defendant Massachusetts Mutual Life Insurance Co. in the above-captioned matter.

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,

By its attorneys,

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

Dated: November 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2004, I served a copy of the foregoing Notice of Appearance by first-class mail to counsel for Plaintiffs:

>O. Oliver Wragg, Esq.
>Lawrence A. Fuller, Esq.
>Fuller, Fuller and Associates, P.A.
>12000 Biscayne Blvd., Suite 609
>North Miami, FL  33181

/s/: Heather C. Krauss
Heather C. Krauss