UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE CO., )<br>)<br>*Defendant*. )<br>) | NO. 1: 04CV12240 (GAO) |

### ASSENTED-TO MOTION FOR 30–DAY EXTENSION OF TIME FOR DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE CO. TO FILE RESPONSIVE PLEADING

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Massachusetts Mutual Life Insurance Co. ("Defendant"), moves for a 30-day extension of time to file a responsive pleading to the Complaint up to and through December 28, 2004. The extension is necessary to allow Defendant's counsel, who has just recently been retained to defend in this matter, to investigate adequately the allegations and prepare an appropriate response. Counsel for Plaintiffs has consented to this extension.

WHEREFORE, Defendant Massachusetts Mutual Life Insurance Co. respectfully requests that it be granted a 30-day extension of time in which to file a responsive pleading to the Complaint up to and through December 28, 2004, and that the Court enter an order in a form similar to the proposed order attached as Exhibit A.

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE
INSURANCE CO.,

By its attorneys,

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

Dated: November 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2004, I served a copy of the foregoing Assented –To Motion For 30-day Extension of Time for Massachusetts Mutual Life Insurance Co. to File Responsive Pleading and proposed Order by first-class mail to counsel for Plaintiffs:

O. Oliver Wragg, Esq.
Lawrence A. Fuller, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

/s/: Heather C. Krauss
Heather C. Krauss

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>*Plaintiffs,*<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>*Defendant.* | NO. 1: 04CV12240 (GAO) |

## ORDER GRANTING CONSENT MOTION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE CO. TO FILE RESPONSIVE PLEADING

Upon consideration of the Assented-To Motion for 30-Day Extension of Time for Massachusetts Mutual Life Insurance Co. to file Responsive Pleading, it is this ___ day of _____, 2004, hereby

ORDERED that the motion be, and the same hereby is, GRANTED;

ORDERED that Defendant shall file a responsive pleading on or before December 28, 2004.

**SO ORDERED.**

George A. O'Toole, Jr.
United States District Judge