UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>*Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>*Defendant*. | NO. 1: 04CV12240 (GAO) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and LR 7.3, Defendant Massachusetts Mutual Life Insurance Co. ("MassMutual") states that there is no parent or publicly held corporation that controls MassMutual either directly or through others. Also, since MassMutual is a mutual company, there is no MassMutual stock and, therefore, no publicly held corporation that owns ten percent of MassMutual Stock. The only publicly held or traded affiliates of MassMutual are MassMutual Life Insurance Company (Japan), formerly Aetna Heiwa, MassMutual Mercuries Life Insurance Company Limited (Taiwan), and MassMutual Corporate Investors and MassMutual Participation Investors.

If necessary, MassMutual will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and LR 7.3(B).

- 2 -

                Respectfully submitted,

                MASSACHUSETTS MUTUAL LIFE
                INSURANCE CO.,

                By its attorneys,


                /s/: Heather C. Krauss
                Barry A. Guryan, BBO # 214920
                Heather C. Krauss, BBO # 644457
                EPSTEIN, BECKER & GREEN, P.C.
                111 Huntington Avenue
                26th Floor
                Boston, MA 02199
                Tel: (617) 342-4000
Dated: December 2, 2004      Fax: (617) 342-4001

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2004, I served a copy of the foregoing Defendant's Corporate Disclosure Statement by first-class mail to counsel for Plaintiffs:

> O. Oliver Wragg, Esq.
> Lawrence A. Fuller, Esq.
> Fuller, Fuller and Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181

/s/: Heather C. Krauss
Heather C. Krauss