UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE CO.,<br><br>   *Defendant.* | NO. 1: 04CV12240 (GAO) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Defendant Massachusetts Mutual Life Insurance Co., by and through its attorneys of record, hereby move, pursuant to LR 83.5.3(b), for the admission of *pro hac* vice Frank C. Morris, Jr. and Minh N. Vu of Epstein Becker & Green, P.C., 1227 25th Street, NW, Suite 700, Washington, DC 20037, (202) 861-0900, for the purpose of appearing and practicing in the above-captioned matter. In support if its Motion, Defendant states as follows:

1. Attorneys Morris and Vu possess knowledge of relevant issues and expertise that will be invaluable in connection with the representation of Defendant in this matter.

2. In accordance with LR 83.5.3(b), Declarations of Attorneys Morris and Vu are attached hereto as Exhibits A and B, respectively, indicating that: (1) they are members of the bar in good standing in every jurisdiction in which they are admitted to practice; (2) there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction; and, (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. This Motion is assented to by Plaintiff's counsel.

WHEREFORE, Defendant Massachusetts Mutual Life Insurance Co. respectfully requests that the Court grant leave for Frank C. Morris, Jr. and Minh N. Vu to appear and practice *pro hac vice* in the above-captioned matter.

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,

By its attorneys,

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

Dated: December 8, 2004

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2004, I served a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* by first-class mail to counsel for Plaintiffs:

> O. Oliver Wragg, Esq.
> Lawrence A. Fuller, Esq.
> Fuller, Fuller and Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181

> /s/: Heather C. Krauss
> Heather C. Krauss

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE CO., )<br>)<br>*Defendant*. )<br>) | NO. 1: 04CV12240 (GAO) |

## DECLARATION OF FRANK C. MORRIS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Frank C. Morris, Jr., being duly sworn, states as follows:

1. I am a member of the law firm of Epstein Becker & Green, P.C., resident in its office located at 1227 25th Street, NW, Suite 700, Washington, DC 20037. I submit this Declaration in support of the Motion for Leave to Appear *Pro Hac Vice* as counsel to Defendant in the above-captioned action.

2. I have been a member in good standing of the Pennsylvania and District of Columbia Bars since 1973 and 1975, respectively. I am also admitted to practice before the following courts: The United States Supreme Court (admitted 1976), the United States Court of Appeals for the Fourth and Seventh Circuits (admitted 1974), the United States Court of Appeals for the First, Second, and Ninth Circuits (admitted 1975), the United States Court of Appeals for the Tenth Circuit (admitted 1976), the United States Court of Appeals for the Fifth and District of Columbia Circuits (admitted 1977), the United States Court of Appeals for the Eleventh Circuit (admitted 1981), the United States Court of Appeals for the Sixth and Eighth Circuits (admitted 1987), the United States Court of Appeals for the Third Circuit (admitted 1991), the

United States District Court for the District of Columbia (admitted 1977), the United States District Court for the Eastern District of Wisconsin (admitted 1980), the United States District Court for the District of Maryland (admitted 1985), and the United States District Court for the Eastern District of Pennsylvania (admitted 1993).

3. I am a member of the bar in good standing in every jurisdiction to which I have been admitted.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. My admission *pro hac vice* is specifically permitted by LR 83.5.3(b).

I declare under penalty of perjury that the forgoing is true and correct.

December 8, 2004

Frank C. Morris, Jr.

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>*Plaintiffs,*<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE CO.,<br><br>*Defendant.* | NO. 1: 04CV12240 (GAO) |

### DECLARATION OF MINH N. VU IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Minh N. Vu, being duly sworn, states as follows:

1. I am a member of the law firm of Epstein Becker & Green, P.C., resident in its office located at 1227 25th Street, NW, Suite 700, Washington, DC 20037. I submit this Declaration in support of the Motion for Leave to Appear *Pro Hac Vice* as counsel to Defendant in the above-captioned action.

2. I have been a member in good standing of the Virginia and District of Columbia Bars since 2001 and 1995, respectively. I am also admitted to practice before the following courts: The United States Court of Appeals for the District of Columbia Circuit (admitted 1998), the United States Court of Appeals for the Federal Circuit (admitted 1999), the United States Court of Appeals for the Fourth Circuit (admitted 1999), the United States District Court for the District of Columbia (admitted 1997), the United States District Court for the District of Maryland (admitted 1996), the United States District Court for the Eastern District of Virginia (admitted 2004), and the United States Court of Federal Claims (admitted 1995).

3. I am a member of the bar in good standing in every jurisdiction to which I have been admitted.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. My admission *pro hac vice* is specifically permitted by LR 83.5.3(b).

I declare under penalty of perjury that the foregoing is true and correct.

December 8, 2004

Minh N. Vu

- 2 -