IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO., a Massachusetts corporation,<br><br>　　　　　　　　Defendant. | Case Number: 04-12240-GAO |

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____    _____
Felix Esposito                Oliver Wragg, Esq. (BBO #643152)
                              Of Counsel
                              Fuller, Fuller & Associates, P.A.
                              12000 Biscayne Blvd., Suite 609
                              North Miami, FL 33181
                              (305) 689-0800

oow: tld(tld@fullerfuller.com)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,

Plaintiffs,

v.

MASSACHUSETTS MUTUAL LIFE INSURANCE CO., a Massachusetts corporation,

Defendant.

Case Number: 04-12240-GAO

## PLAINTIFF'S CERTIFICATION

Peter DiPalma as president of Access 4 All, Inc., and the undersigned counsel for said Plaintiff hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternate courses - for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: 1/14/05

_____
Peter DiPalma,
as President of
Access 4 All, Inc.

_____
O. Oliver Wragg, Esquire
of Counsel
Fuller, Fuller and Associates. P.A.