IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Access 4 All, Inc. and Felix Esposito,<br>　　　　　Plaintiffs,<br>v.<br>Massachusetts Mutual Life Insurance Co.,<br>　　　　　Defendant. | 1: 04CV12240 (GAO) |

## NOTICE OF APPEARANCE OF EVAN J. SPELFOGEL

Please take notice that Evan J. Spelfogel of the law firm Epstein Becker & Green, P.C., hereby enters his appearance on behalf of Defendant Massachusetts Mutual Life Insurance Co., in the above-referenced matter. Mr. Spelfogel has been a member in good standing of the District of Massachusetts Bar since 1959. Please direct a copy of all future correspondence to Mr. Spelfogel at Epstein Becker & Green, P.C., 250 Park Avenue, 13th Floor, New York, NY 10177-1211.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

_____
Evan J. Spelfogel
MA Bar No. 474440

Epstein, Becker & Green, P.C.
250 Park Avenue
13th Floor
New York, NY 10177-1211
(212) 661-0989- Facsimile

DATED: February 16, 2005

Counsel for Defendant
Massachusetts Mutual Life Insurance Co.

DC:280967v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2005, I served a copy of the foregoing Notice of Appearance of Evan J. Spelfogel by first class mail to:

O. Oliver Wragg, Esq.
Lawrence A. Fuller, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

_____
Evan J. Spelfogel
MA Bar No. 474440

DC:280967v1