UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO., | ) ) ) ) | NO. 1: 04CV12240 (GAO) |
| *Defendant*. | ) ) | |

## NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective February 1, 2005 Attorneys Barry A. Guryan and Heather C. Krauss have a new address:

> FOLEY & LARDNER LLP
> 111 Huntington Avenue
> Boston, MA  02199
> (617) 342-4000

> Respectfully submitted,
>
> MASSACHUSETTS MUTUAL LIFE
> INSURANCE CO.,
>
> By its attorneys,
>
> /s/: Heather C. Krauss
> Barry A. Guryan, BBO # 214920
> Heather C. Krauss, BBO # 644457
> FOLEY & LARDNER LLP
> 111 Huntington Avenue
> 26th Floor
> Boston, MA 02199
> Tel: (617) 342-4000

Dated:  February 16, 2005          Fax: (617) 342-4001

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2005, I served a copy of the foregoing document by first-class mail to the following individuals:

> O. Oliver Wragg, Esq.
> Lawrence A. Fuller, Esq.
> Fuller, Fuller and Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181
>
> Evan J. Spelfogel, Esq.
> Epstein Becker & Green, P.C.
> 250 Park Avenue
> 13th Floor
> New York, NY 10177-1211
>
> Frank C. Morris, Esq.
> Epstein Becker & Green, P.C.
> 1227 25th Street, NW
> Suite 700
> Washington, D.C. 20037-1156
>
> Minh Vu, Esq.
> Epstein Becker & Green, P.C.
> 1227 25th Street, NW
> Suite 700
> Washington, D.C. 20037-1156

/s/: Heather C. Krauss
Heather C. Krauss