UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC. and FELIX ESPOSITO,<br><br>*Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE CO.,<br><br>*Defendant*. | NO. 1: 04CV12240 (GAO) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LR 83.5.2(c), Foley & Lardner LLP and its undersigned counsel hereby give notice that they are withdrawing as counsel for Defendant Massachusetts Mutual Life Insurance Co. The undersigned further state as follows:

1. This Notice of Withdrawal was preceded earlier today by the Notice of Appearance of Evan J. Spelfogel of the law firm Epstein Becker & Green, P.C. ("EBG") as counsel for Defendant Massachusetts Mutual Life Insurance Co. In addition, Attorneys Frank Morris and Minh Vu from EBG's Washington, D.C. office, who have been admitted *pro hac vice* in this matter, will continue to represent Defendant.

2. There are no motions pending before the Court.

3. No trial date has been set.

4. No hearings or conferences are scheduled, and no oral or written reports are due.

5. Proof of service of this Notice of Withdrawal on representatives of the parties is attached.

Respectfully submitted,

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
Heather C. Krauss, BBO # 644457
FOLEY & LARDNER LLP
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2005, I served a copy of the foregoing document by first-class mail to the following individuals:

O. Oliver Wragg, Esq.
Lawrence A. Fuller, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

Evan J. Spelfogel, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
13th Floor
New York, NY  10177-1211

Frank C. Morris, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156

Minh Vu, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156

/s/: Heather C. Krauss
Heather C. Krauss