UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually<br><br>*Plaintiffs,*<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO., a Massachusetts corporation,<br><br>*Defendant.* | NO. 1: 04-12240-GAO |

## DEFENDANT'S LOCAL RULE 16.4 CERTIFICATION

Sean M. Seely, Litigation Attorney for defendant Massachusetts Mutual Life Insurance Co., and the undersigned counsel for said defendant hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course – and various alternate courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 18, 2005

/s/: Sean M. Seely
Sean M. Seely, Esq.
Litigation Attorney
Mass Mutual Life Insurance Co.
1295 State Street
Mail Stop # B276
Springfield, MA 01111

/s/: Minh N. Vu
Evan J. Spelfogel (BBO # 474440)
EPSTEIN BECKER AND GREEN, P.C.
250 Park Avenue, 13th Floor
New York, NY 10177-1211
Tel: (212) 351-4500
Fax: (212) 661-0989

Frank C. Morris, Jr. (Admitted pro hac vice)
Minh N. Vu (Admitted pro hac vice)

DC:280600v1

EPSTEIN BECKER AND GREEN, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-1175
Tel: (202) 861-0900
Fax: (202) 296-2882

DC:280600v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2005, I served a copy of the foregoing Defendant's Certification by first class mail to:

> O. Oliver Wragg, Esq.
> Lawrence Fuller, Esq.
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Boulevard
> Suite 609
> North Miami, FL 33181

/s/: Minh N. Vu
Minh N. Vu

DC:280600v1