# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04-CV12240 GAO

**Plaintiff:**
ACCESS 4 ALL INC. AND FELIX ESPOSITO

vs.

**Defendant:**
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL 33181

Received by CAPLAN & CAPLAN to be served on **MASSACHUSETTS MUTUAL LIFE INSURANCE CO. C/O ROBERT J.O'CONNELL 1295 STATE STREET SPRINGFIELD, MA.**.

I, Mark C.Gaisford, do hereby affirm that on the **8th** day of **November, 2004** at **3:54 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to **LEE SPERLING** as **VICE PRESIDENT AND ASSOC. GENERAL COUNSEL** of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this ___ day of _November_, 2004.

Thomas J. Younie / Notary Public
My commission expires Apr. 11, 2008

Mark C.Gaisford
Constable - Boston P-146

CAPLAN & CAPLAN
172 West Flagler St. #320
Miami, FL 33130

Our Job Serial Number: 2004000293

1181202

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.0f