IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Access 4 All, Inc. and Felix Esposito,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Massachusetts Mutual Life Insurance Co.<br>　　　　　Defendant. | 1: 04CV12240(GAO) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

By mutual agreement of the parties in this case and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Access 4 All and Felix Esposito hereby dismiss with prejudice this entire case and all of the claims asserted therein. Each party will bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

_____/s/_____
O. Oliver Wragg (BBO# 643152)
Lawrence Fuller (Admitted pro hac vice)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

**Counsel for Plaintiffs**

Date: May 3, 2005

_____/s/_____
Evan J. Spelfogel (BBO#474440)
Epstein Becker & Green, P.C.
250 Park Avenue, 13th Floor
New York, NY 10177-1211
Tel: (212) 351-4500
Fax: (212) 661-0989

Frank C. Morris, Jr. (Admitted pro hac vice)
Minh N. Vu (Admitted pro hac vice)
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Tel: (202) 861-0900
Fax: (202) 296-2882

**Counsel for Massachusetts
Mutual Life Insurance Co.**

DC:288639v1